UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMIE LYNN SIGLER, et al., | ) |
| | ) 06 Civ. 551(RCC) |
| Plaintiffs, | ) |
| - against - | ) ORDER |
| WEST 23rd STREET LLC, et al., | ) |
| Defendants. | ) |

**RICHARD CONWAY CASEY, United States District Judge:**

The Court having been advised that all claims asserted herein have been settled, it is hereby **ORDERED**, that the above-entitled action be and hereby is discontinued, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Clerk of the Court is directed to close this case and remove it from the Court's active docket.

So Ordered:  New York, New York
April 26, 2007

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-07